IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER SEXTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. 1:09-cv-00300-RDB |
| v. | ) | |
| | ) | |
| NATIONWIDE CREDIT CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties herein, by and through counsel, pursuant to Rule 41(a), Federal Rules of Civil Procedure, stipulate that the above-entitled matter be entered as dismissed, with prejudice, as to all claims with each party to bear its own costs, expenses and attorney fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Forrest E. Mays  
Forrest E. Mays, Esquire  
2341 N Forrest Drive, Suite 90  
Annapolis, MD  21403  
Attorney for Plaintiff

/s/ Ronald S. Canter  
Ronald S. Canter, Esquire  
11300 Rockville Pike, Suite 1200  
Rockville, MD   20852  
Direct Dial (301) 770-7490  
Direct Fax  (301) 770-7493  
E-Mail:  rcanter@roncanterllc.com  
Attorney for Defendant

SO ORDERED, UNITED STATES DISTRICT JUDGE

Copies To:
    Philip Rosenthal  
    5503 Cherokee Avenue, Suite 200  
    Alexandria, VA  22312